IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 07-78-UNA |
| WADE GRAY, | ) |
| | ) |
| Defendant. | ) |

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

From on or about February 2007, to April 25, 2007, in the State and District of Delaware, WADE GRAY, defendant herein, a person required to register under the Sex Offender Registration and Notification Act, Title 42, United States Code, Section 16901 et seq. ("SORNA"), having traveled in interstate commerce subsequent to his conviction for a sex offense, to wit, a conviction on July 19, 2000, in the state of North Carolina for Solicitation to Commit a Second Degree Sex Offense, did knowingly fail to register and update a registration as required by SORNA, in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: June 5, 2007

FILED
JUN - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE