✳ Filed in open court 6/14/07 (ec)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　Criminal Action No. 07-78-JJF
WADE GRAY　　　,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　)

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

　　　____　Crime of violence (18 U.S.C. § 3156)

　　　____　Maximum sentence life imprisonment or death

　　　____　10+ year drug offense

　　　____　Felony, with two prior convictions in above categories

　　　____　Minor victim; possession or use of firearm, destructive device or other

　　　　　　dangerous weapon; or failure to register under 18 U.S.C. § 2250

　　**X**　Serious risk defendant will flee

　　　____　Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

　　**X**　Defendant's appearance as required

　　**X**　Safety of any other person and the community

3. **Rebuttable Presumption**. The presumption applies because (**check one or both**):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

_____ At first appearance

__X__ After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

1. At the time the offense was committed the defendant was:

_____ (a) on release pending trial for a felony;

_____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

_____ (c) on probation or parole for an offense.

_____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

_____ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this __13th__ day of ___June_____, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____

Ilana H. Eisenstein
Assistant United States Attorney