```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
```

UNITED STATES OF AMERICA,    :
                             :
       Plaintiff,          :
                             :
  v.                         :    Criminal Action No. 07-078 JJF
                             :
WADE GRAY,                   :
                             :
       Defendant.          :

### O R D E R

WHEREAS, on August 2, 2007, a Scheduling Conference was held in a related criminal action, U.S. v. Wade Gray, C.R. No. 07-68-JJF;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Plea Hearing has been scheduled for **September 21, 2007 at 12:00 p.m.**, if a plea is not entered;

2) Trial will commence on **November 5, 2007 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

3) The parties shall submit to the Court Jointly Proposed Jury Instructions, along with a copy on disc in WordPerfect format, no later than **4:30 p.m. on October 29, 2007**.

4) Any Proposed Special Voir Dire Questions shall be filed by **noon on November 1, 2007.**

5) Any Motions in Limine must be filed and completed briefing **five (5)** business day prior to commencement of trial.

6) The time between August 2, 2007 and November 5, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

August 24, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE