**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-78-JJF |
| WADE GRAY, | : | |
| Defendant. | : | |

**NOTICE OF ENTRY OF APPEARANCE**

Notice is hereby given to entry of appearance of Lesley F. Wolf, as attorney for the plaintiff, United States of America, in the above-captioned case.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

              BY: /s/ Lesley F. Wolf
                   Lesley F. Wolf
                   Assistant United States Attorney
                   The Nemours Building
                   1007 Orange Street, Suite 700
                   Wilmington, Delaware 19899-2046
                   (302) 573-6277
                   lesley.wolf@usdoj.gov

Dated: September 14, 2007