IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-78-JJF |
| WADE GRAY, | : | |
| Defendant. | : | |

## ORDER

The Court having considered Defendant Gray's Motion for Change in Time of Change of Plea Hearing, and good cause having been shown therefore;

IT IS HEREBY ORDERED this __20th__ day of __September__, 2007, that Wade Gray's Change of Plea Hearing shall be re-scheduled for the __24th__ day of __September__, 2007 at __12:30__ a.m./p.m.

Honorable Joseph J. Farnan, Jr.
United States District Court